# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

WILLIAM FLYNN & BILLIE FLYNN

NO.  2022 CW 0214

VERSUS

JOE THORNHILL, ANYTIME
FITNESS & MARKEL INSURANCE
COMPANY

**MARCH 16, 2022**

---

In Re:  William Flynn & Billie Flynn, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 45828.

---

**BEFORE:  McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**  The district court's March 9, 2022 judgment is a final, appealable judgment. See La. Code Civ. P. art. 1915(A)(1) & (A)(3). Appellate courts do not generally review appealable judgments under their supervisory jurisdiction. **In re Howard**, 541 So.2d 195, 196-97 (La. 1989) (per curiam). As such, plaintiffs/relators, William Flynn and Billie Flynn, may appeal the district court's judgment by filing a motion and order for appeal with the district court pursuant to Louisiana Code of Civil Procedure article 2121, et seq.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT